**No. 10-8816. Travis Lee Houston, Petitioner v. United States.**

562 U.S. 1296, 131 S. Ct. 1704, 179 L. Ed. 2d 633, 2011 U.S. LEXIS 2266.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 625 F.3d 871.